**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Timothy O'Dowd
Attorney at Law
921 Ryan St., Suite D
Lake Charles LA 70601

**REHEARING ACTION: April 19, 2017**

**Docket Number: 16   00760-CA**

**MISTY FINCHUM AGENCY, LLC, ET AL.**
**VERSUS**
**JAMIE THIBODEAUX AND ASSOCIATES,INC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2012-2792**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Marc T. Amy**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jamie Thibodeaux and Associates, Inc., et al** has this day been

    **DENIED.**

cc: Robert E. Landry, Counsel for the Appellant
    Kristin L. Beckman, Counsel for the Appellant
    Peter J. Valeta, Counsel for the Appellant
    David Frank Dwight, Counsel for the Appellee
    Somer G. Brown, Counsel for the Appellee